IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| TZEDKIYAH EL BEY, | * |
| Plaintiff, | * |
| v. | Case No.  1:19-cv-85-LAG |
| | * |
| WILIE WEAVER, et al, | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 23, 2019, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 23rd day of July, 2019.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk